No. 60. MARVICH v. CALIFORNIA ET AL. November 15, 1943. *Per Curiam:* The motion of respondent to remand is granted, the judgment is vacated and the cause is remanded to the Supreme Court of California for further proceedings. *Mr. Neil Burkinshaw* for petitioner.

*Messrs. Robert W. Kenny*, Attorney General of California, and *Eugene M. Elson*, Deputy Attorney General, for respondents.